OPINION — AG — A SCHOOL BOARD DISTRICT (BOARD OF EDUCATION) WOULD BE PROHIBITED FROM EMPLOYING THE FOLLOWING PERSONS, SINCE THEY COME WITHIN THIRD DEGREE OF CONSANGUINITY OR AFFINITY A BOARD MEMBERS: (1) HUSBAND (2) WIFE (3) CHILD OR CHILD'S SPOUSE (4) PARENT OR PARENT'S SPOUSE (5) GRANDCHILD OR GRANDCHILD'S SPOUSE (6) GREAT GRANDCHILD OR GREAT GRANDCHILD'S SPOUSE (7) BROTHER OR BROTHER'S SPOUSE (8) SISTER OR SISTER'S SPOUSE (9) NIECE OR NIECE'S SPOUSE (10) NEPHEW OR NEPHEW'S SPOUSE (11) UNCLE OR UNCLE'S SPOUSE (12) AUNT OR AUNT'S SPOUSE, ALSO EXCLUDED WOULD BE A BOARD MEMBER'S SPOUSE: (1) CHILD (2) PARENTS (3) GRANDCHILD (4) GRANDPARENTS (5) GREAT GRANDCHILDREN (6) GREAT GRANDPARENTS (7) BROTHER (8) SISTER (9) NIECE (10) NEPHEW (11) UNCLE (12) AUNT CITE: 21 O.S. 1971 481 [21-481], OPINION NO. JUNE 6, 1936, OPINION NO. FEBRUARY 12, 1952, 70 O.S. 1979 Supp., 5-113.1 [70-5-113.1], NEPOTISM, 84 O.S. 1971 217 [84-217] THRU 84 O.S. 1971 221 [84-221], OPINION NO. APRIL 4, 1932 (KAY HARLEY JACOBS)